IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. GOODWIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ASSET ACCEPTANCE, LLC | : | NO. 2:12-cv-6961 |

<u>O R D E R</u>

AND NOW, this 11th day of January 2013, upon review of the Court's records indicating that no responsive pleading has been filed by Defendant in the above-captioned matter, it is hereby ORDERED that Defendant shall file a pleading in response to the complaint by January 25, 2013. Plaintiff shall serve Defendant with a copy of this Order no later than January 18, 2013.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.