UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**MICHAEL J. GOODWIN** )
                                           )     **Case Number 2:12-cv-06961-LDD**
                                           )
             **Plaintiff**            )
                                           )
              **vs.**                 )
                                           )
**ASSET ACCEPTANCE, LLC** )
                                           )
             **Defendant**        )
_____ )


## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Michael J. Goodwin, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

                                       BY: /s/ *Brent F. Vullings*
                                       Brent F. Vullings, Esquire
                                       Attorney for Plaintiff
                                       bvullings@vullingslaw.com
                                       Vullings Law Group, LLC
                                       3953 Ridge Pike, Ste. 102
                                       Collegeville, PA 19426
                                       610-489-6060